5                                                                                                                                      Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McElroy, John | Case Number: 07 B 09556 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/27/07 | Filed: 5/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 758.00 |  |
| Secured: |  | 717.07 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 40.93 |
| Other Funds: |  | 0.00 |
| Totals: | 758.00 | 758.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,274.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 122.22 | 0.00 |
| 4. | Drive Financial Services | Secured | 14,118.51 | 717.07 |
| 5. | Countrywide Home Loans Inc. | Secured | 7,704.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 2,774.56 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 472.56 | 0.00 |
| 8. | City Of Chicago | Unsecured | 4.53 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 2,150.00 | 0.00 |
| 10. | Drive Financial Services | Unsecured | 393.49 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 13. | Sagen Telecom Inc | Unsecured | | No Claim Filed |
| 14. | I C Systems Inc | Unsecured | | No Claim Filed |
| | | | $ 31,013.87 | $ 717.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.93 |
| | $ 40.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   McElroy, John                                               Case Number:  07 B 09556
                                                                         Judge: Goldgar, A. Benjamin

Printed:  11/27/07                                                       Filed:  5/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

_____
*Denise Ashley*